**CHRISTOPHER J. BOWES, ESQ.**
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700

USDC SDNY
DOCUMENT
ELECTRO...
DOC #:
DATE FILED: 11-22-19

November 21, 2019

Via ECF
Hon. Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

                Re:    Alonzo v. Saul
                         1:19 Civ 5921 (PGG) (RWL)

Dear Judge Lehrburger:

     I am joining Mr. Kuznicki as co-counsel for the plaintiff in the above-captioned case. I write to request an extension of time, <u>nunc pro tunc</u>, in which to file plaintiff's proposed settlement letter. Plaintiff's papers were due to be filed on October 24, 2019. This is plaintiff's first request for an extension of time.

     We unfortunately neglected to flag this due date for the settlement letter on our calendars. We regret the oversight and the consequent delays this causes to the briefing schedule for the Court and opposing counsel. With the kind consent of opposing counsel, AUSA Leslie Ramirez Fisher, I request the following revised schedule:

| Date | Filing |
|---|---|
| November 29, 2019 | Plaintiff's proposed settlement letter |
| December 30, 2019 | Stipulation of Remand or Joint No Settlement Letter |
| January 29, 2020 | Plaintiff's Motion for Judgment on the Pleadings |
| March 30, 2020 | Defendant's Motion for Judgment on the Pleadings |
| April 20, 2019 2020 | Plaintiff's Reply |

**SO ORDERED:**
/s/ _____ 11/21/19
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

/s/ Christopher J. Bowes
Christopher J. Bowes
Attorney for Plaintiff

cc:    AUSA Leslie Ramirez Fisher
       Assistant U, S. Attorney
       U.S. Attorney's Office for the SDNY
       86 Chambers Street
       New York, NY 10278